UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**CEDRIC DONNELL RICHARDSON**          **CIVIL ACTION NO. 06-0301, SECTION P**

**VS.**          **JUDGE TUCKER L. MELANÇON**

**OWNERS OF LOUISIANA**          **MAGISTRATE JUDGE HILL**
**CORRECTIONS SERVICES, INC., ET AL.**

## JUDGMENT OF DISMISSAL

Having given notice to plaintiff of this Court's intention to dismiss this action without prejudice under F.R.C.P. 41(b) and 16(f) for plaintiff's failure to amend his complaint as ordered by the court on September 14, 2006, and having received no response to this court's minute entry allowing the plaintiff time to show cause for his failure to comply, this court finds that plaintiff's action is subject to dismissal under F.R.C.P. 41(b) and 16(f). Such dismissals may be done *sua sponte* in accordance with the court's inherent power to control its own docket. See, *Link v. Wabash Railroad Company*, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962); *Woodson v. Surgitek, Inc.*, 57 F.3d 1406 (5th Cir. 1995); *Natural Gas Pipeline Co. v. Energy Gathering, Inc.*, 2 F.3d 1397, 1407 (5th Cir. 1993); and *Rogers v. Kroger Company*, 669 F.2d 317, 320-321 (5th Cir. 1983). Accordingly, it is

ORDERED that this action be and it hereby is DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 22nd day of November, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE